RECEIVED

AUG 2 2 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DALE MILLER<br>  LA. DOC #479248<br>VS. | CIVIL ACTION NO. 6:14-1793<br><br>SECTION P<br><br>JUDGE HAIK |
| LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, *R. 12*, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the instant action be **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 21st day of August, 2014.

RICHARD T. HAIK, SR
UNITED STATES DISTRICT JUDGE